The following constitutes the order of the Court.
Signed: September 1, 2020

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Mae Eddie Graves Phillips,<br><br>　　　　Debtor. | Case No. 20-41414 WJL<br><br>Chapter 13 |

**ORDER DISMISSING CASE**

On August 27, 2020 Debtor, acting pro se, commenced the above captioned chapter 13 case. It has come to the Court's attention that Debtor Mae Eddie Graves Phillips is already a debtor in a pending chapter 13 bankruptcy case, Case No. 19-40887-CN. A debtor "cannot have two pending bankruptcy proceedings seeking discharge of the same obligations." *Grimes v. Unites States (In re Grimes)*, 117 B.R. 531, 532 (9th Cir. BAP 1990) (citing *Freshman v. Atkins*, 269 U.S. 121 (1925)). It is readily apparent to the Court that this case and the case pending in front of Judge Novack encompass the same assets and obligations. The Court further notes that Debtor attempted this same scheme in April 2020, see Case No. 20-40769 CN.

The Court shall inform Judge Novack of these duplicate filings.

Accordingly, the above-captioned case is HEREBY DISMISSED.

**\*END OF ORDER\***

**COURT SERVICE LIST**

Mae Eddie Graves Phillips
5273 Locksley Ave.
Oakland, CA 94618

Marc Voisenat
Law Offices of Marc Voisenat
2329A Eagle Ave.
Alameda, CA 94501